FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT 05 AUG 31  PM 3: 53
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                 Case No.: 92-20206

MARVIN COLEMAN,

    Defendant.

---

## ORDER

Before the court are motions at Document Entry Nos. 104 and 105.  In those motions, Defendant/Petitioner seeks leave to supplement and support his argument for relief regarding his sentence and for review of the sentence imposed.  Document Entry No. 105 is a renewal of that motion.  For cause, Defendant's motion is GRANTED and he is permitted to supplement his arguments and authority in support of his motion for reduction of sentence.

**IT IS SO ORDERED** this _3 1_ day of _August_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:92-CR-20206 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

William B. Seligstein
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT